1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   TIMOTHY ROOTERS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00075-ADA-BAM
12 | Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING DATE; AND ORDER**
13 | vs. |
14 | TIMOTHY ROOTERS, |
15 | Defendant. |

17     IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Timothy Rooters, that the status conference

20 currently scheduled for September 14, 2022, at 1:00 p.m. may be vacated and that a briefing

21 schedule and hearing date may be set as follows:

22     • Defense motion to be filed on or before October 18, 2022

23     • Government opposition to be filed on or before November 8, 2022

24     • Any defense reply to be filed on or before December 5, 2022

25     • Motion hearing to be set on December 19, 2022, at 10:00 a.m. before the

26        Honorable Ana de Alba, United States District Court Judge

27     The parties agree that the delay resulting from the continuance to December 19, 2022,

28 shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a

pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 8, 2022	*/s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 8, 2022	*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
TIMOTHY ROOTERS

# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for September 14, 2022, at 1:00 p.m. is hereby vacated.

**IT IS FURTHER ORDERED THAT** a briefing schedule on the defense motion is hereby set as follows:

- Defense motion to be filed on or before October 18, 2022
- Government opposition to be filed on or before November 8, 2022
- Any defense reply to be filed on or before December 5, 2022
- Motion hearing to be set on **December 19, 2022, at 10:00 a.m. before the Honorable Ana de Alba, United States District Court Judge**

Time shall be excluded until December 19, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   **September 8, 2022**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

Rooters – Stipulation to Vacate Status Conference and Set Briefing Schedule/Hearing                    3