UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY PERNELL ROOTERS JR.,<br><br>Defendant. | Case No.  1:22-cr-00075-NODJ-BAM<br><br>ORDER REQUIRING COUNSEL FOR DEFENDANT TO APPEAR BEFORE THE COURT ON **JANUARY 4, 2024** TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO APPEAR |

On December 8, 2023, the Court set a status conference in this matter for December 21, 2023, and ordered the parties to file a joint status report no later than December 18, 2023.  (Doc. 55.)  Christopher Martens, counsel for Defendant Timothy Pernell Rooters, Jr., did not comply with the Court's order to file a joint status report.  (*See* Doc. 55.)  Counsel Martens also failed to appear at the status conference on December 21, 2023.  Accordingly, defense counsel Christopher Martens is HEREBY ORDERED to **personally appear** before the Court for a hearing on **January 4, 2024, at 10:00 AM in Courtroom 8 (BAM) before the undersigned** to show cause why sanctions should not be imposed for his failure to comply with the Court's order and his failure to appear at the status conference.  **Failure of counsel to appear before the Court on January 4, 2024, will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:  **December 21, 2023**          /s/ *Barbara A. McAuliffe*          
                                                              UNITED STATES MAGISTRATE JUDGE

1