UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY PERNELL ROOTERS,<br><br>　　　　　　Defendant. | Case No.  1:22-cr-0075-NODJ-BAM<br><br>**ORDER RE DEFENDANT'S IN PROPRIA PERSONA REPRESENTATION** |

　　　　Following a hearing on January 4, 2024, which was conducted pursuant to *Faretta v. California*, 422 U.S. 806 (1975), Defendant Timothy Pernell Rooters is now proceeding *in propria persona* and without an attorney in the above-entitled action.

　　　　The clerk of the court is directed to update the docket and to serve this order on Defendant Rooters at the Fresno County Jail at:

　　　　Timothy Pernell Rooters JID 1198997/BK 2213220
　　　　Fresno County Jail
　　　　PO Box 872
　　　　Fresno, CA 93712

IT IS SO ORDERED.

　　　Dated:　**January 4, 2024**　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1