UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY PERNELL ROOTERS,<br><br>Defendant. | Case No. 1:22-cr-0075-NODJ-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

For cause shown at the hearing on January 4, 2024, the Order to Show Cause to Attorney Martens is DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 4, 2024**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE