Ashwini Mate (CA State Bar No. 268046)
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (424) 455-2330
Email: ashwini@thefreedmanfirm.com

*Appellate Counsel for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00075-TLN-BAM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| TIMOTHY PERNELL ROOTERS, Jr., | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that the sealed transcript for the hearing held on April 12, 2023, Dkt. No. 36, shall be disclosed to appellate counsel for defendant-appellant Timothy Pernell Rooters Jr. for the purposes of appeal. The transcript will remain sealed to other parties and the public.

Dated: August 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE